**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

| | |
|---|---|
| IN RE:<br>    Mindy Oakes<br><br>    Debtor | Case No: 15-30379<br>    (Chapter 13)<br><br>JUDGE LAWRENCE S. WALTER |

**CHAPTER 13 TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN (DOC. 12) AND REQUEST FOR DENIAL OF CONFIRMATION**

The Chapter 13 Trustee recommends that the plan (DOC. 12) not be confirmed, all as more fully set forth in the attached memorandum. A plan has not been confirmed.

**Hearing Date**     May 21, 2015 at 10:30 AM
    West Courtroom, 120 W. Third St., Dayton, OH

**Case Memo:**

| | | | |
|---|---|---|---|
| Case Filed: | February 18, 2015 | Prior Cases | [ ] yes    [X] NO |
| Plan Filed: | February 26, 2015 | Debtor | [X] SINGLE    [ ] married |
| Step Plan | [ ] yes    [X] NO | Net Income (Month) | $3,653.00 |
| Applicable Commitment Period | 60 Months | Sch. J Expenses | $2,344.00 |
| Plan Length as Proposed: | 60 Months | Median Income: | Above |
| Means test Disposable Monthly Income (DMI) | $0.00 | Percent to Unsecured | 1 % |
| Means Test Unsecured Amount: DMI * ACP= | $0.00 | | |

Mortgage(s)    [X] YES    [ ] no
    Who Disburses Mortgage(s)  [X] TRUSTEE    [ ] debtor    [ ] both

NOTE: Unsecured by definition are non-priority unsecured creditors. *See In re Echeman*, 378 B.R.177 (Bankr. S.D.OH2007).

# MEMORANDUM

Chapter 13 Trustee's Noted Deficiences in Plan/Amended Plan and/or Case and Grounds for Objection to Confirmation

**THE PLAN**

[X] Other: Debtor failed to list her debt to the City of Dayton for unpaid income taxes in the approximate amount of $399. Debtor also filed the plan eight (8) days after filing. Per LBR 3015-1 (b) the Debtor was required to serve the plan on all creditors. Debtor failed to do so, therefore, there is a lack of due process.

**ABOVE MEDIAN DEBTORS**

                                                  ____/s/_Jeffrey M. Kellner_____
JEFFREY M. KELLNER  #0022205
CHAPTER 13 TRUSTEE
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937) 222-7600  FAX (937) 222-7383
email: chapter13@dayton13.com

CERTIFICATE OF SERVICE                                                                                              15-30379

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

| Mindy Oakes | THOMAS D BERRY | (30.1n) |
| --- | --- | --- |
| 663 Greenlawn Ave | 4630 SALEM AVE | MARY E KRASOVIC |
| Dayton, OH  45403 | DAYTON, OH  45416 | MANLEY DEAS KOCHALSKI LLC |
| | | BOX 165028 |
| | | COLUMBUS, OH  43216 |

(31.1n)
NATIONSTAR MORTGAGE LLC
BOX 619096
DALLAS, TX  75261-9741

1530379_6_20150408_1355_701/T327_sgs
###